IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 12-00291-CR-W-GAF |
| ) | |
| VICTOR VICKERS ) | |
| Defendant. ) | |

## MOTION IN LIMINE

COMES NOW, Victor Vickers, Defendant, by and through his undersigned Attorney of Record, William David Langston of Langston Law, Chartered, and moves this Honorable Court for Its Order granting Defendant's Motion in Limine. In support of Defendant's motion the following is offered:

1. Defendant was charged with Murder in the Jackson County Circuit Court in Case No. 1116-CR-03744-01;

2. The alleged victim of the murder was Edward Ewing;

3. Edward Ewing is not a co-conspirator in the instant case;

4. The details of the alleged murder are graphic and gruesome;

5. The introduction of evidence of the murder charge against Defendant in this case would serve no probative purpose and would only serve to prejudice and inflame the emotions of the jurors in the instant case;

6. This request is not made for undo delay or vexatious reasons;

7. The Interest's of Justice will be served by granting this continuance.

WHEREFORE, Defendant prays this Honorable Court issue its Order granting Defendant's Motion in Limine..

        Respectfully Submitted,

        /s/ William David Langston
        Missouri Bar No. 33021
        Langston Law, Chartered
        115 East Park Street, Suite C
        Olathe, Kansas 66061
        Telephone: (913)341-8530
        Facsimile: (913) 390-9511
        langstonlaw@sbcglobal.net
        ATTORNEY FOR DEFENDANT

I hereby certify that on August 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Assistant United States Attorney.

        /s/ William David Langston
        Missouri Bar No. 33021
        Langston Law, Chartered
        115 East Park Street, Suite C
        Olathe, Kansas 66061
        Telephone: (913)341-8530
        Facsimile: (913) 390-9511
        langstonlaw@sbcglobal.net
        ATTORNEY FOR DEFENDANT