# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| STATE OF MISSOURI ) | |
| ) | Case No. 1116-CR03744-01 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Division 1 |
| ) | |
| Victor D. Vickers Jr. ) | |
| Defendant. ) | |

## DISMISSAL

Comes now Assistant Prosecuting Attorney Dawn M. Parsons, and hereby dismisses the above entitled cause.

Respectfully submitted,
**JEAN PETERS BAKER**
**Jackson County Prosecuting Attorney**



/s/ Dawn M. Parsons
Dawn M. Parsons (#42046)
Assistant Prosecuting Attorney
415 East 12th Street, Floor 7M
Kansas City, Missouri 64106
DParsons@jacksongov.org

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was transmitted electronically through the Missouri e-Filing System on 9/10/2013 to all attorneys of record.

/s/ Dawn M. Parsons

EXHIBIT __A__