# Kenneth W. Hughlon II

8101 E. 92nd Terrace • Kansas City, MO 64138 • (816) 816-394-5617 • (816) 337-2811
Khughlon@gmail.com.

**January 7, 2015**
**Subject: Character Reference Letter for Victor Vickers**
**Salutation: Honorable Judge/ Presiding Magistrat**

This letter is being written by the undersigned on behalf of Victor Vickers who stands trial sentencing. Having known Victor for almost sixteen years now, I was taken back when I heard of the charges filed against him. We first met when we were in school and this entire incident seems extremely out of character for someone as upright as Victor.

We first met when Victor was assigned to be my partner in a school project. Not only did he help me with my studies and ensure that I did not lag behind in my school work, he also became my pillar of strength in one of my most personally distressing periods. I have seen him, over the years, help several people in his spare time. He has always had a keen interest in doing something for the society and giving back. From when we were teenagers, he has volunteered with community outreach programs. He also got his friends and family interested in these programs.

The community realized Victor cared when he developed a partnership and worked with the Derrick Thomas Third & Long Foundation, of which I was the Operating Director. He assisted in raising funds to secure reading programs for inner city youth. He hears our communities cry and works hard to solve them. I admit he has taught me many life skills that my education did not afford. I value his friendship and will to serve others.

I am aware that Victor is being sentenced because he has supposedly broken the law, but I believe that if true, it could only be due to bad surrounding influences. I strongly feel that if that is the case it would better serve the community and Victor that he be not sent to prison. Sentencing him to a term in prison would only cause the society to lose a citizen who could be a valuable asset.

He is a good person who deserves a chance. Convicting him and sending him to prison longer would only expose him to further bad influences. I humbly ask you to please give him an opportunity to set his life back on track and not let a bad decision alter his life's direction.

If you have any further questions, please feel free to contact me on 815-394-5617.

Thanking you,

Yours sincerely
Dr. Kenneth W. Hughlon II
Founding Partner
Hughlon Consulting &Associates
Phone No: 816-394-5617

EXHIBIT B