# KCPD Homicide Report

[Case Report # 1159140
Victim: Edward L. Ewing II
DOB: 05/03/1986

Victim: Edward L. Ewing II

DOD: August 16th 2011

## POI:

This list is a group of people that we believe have motive and opportunity to commit this crime.

## Motive:

Sometime in the summer of 2011 Garron Briggs was allegedly robbed of drugs and a undisclosed amount of cash. Allegedly it was said that murder victim Edward L. Ewing II was the party that allegedly committed the act. It is the belief of the victim's family that it was in fact two of the POI "Kristen Forbush and Troy Jefferson that committed the act and blamed it on the victim causing his death.

  (a). On August 14th 2011 it is believed that Troy Jefferson allegedly used cash that he acquired from that robbery to open a barber shop "Moving On Up", located in Grandview Mo.

  (b) On August 12th, 2011 There was a domestic argument between the victim and Kristen Forbush and as a result of the argument Kristen Forbush left the resident that she shared with the victim and stayed with her mother until the night of August 16th. During the time Kristen was gone from her residence, she had little to no communication with the victim until the night of the homicide.

  (c) Allegedly in late to mid July 2011, Troy Jefferson approached the victim and ask him to participate in a robbery of Garron Briggs. The victim would not agree to assist in the robbery, causing animosity to build between the two.

  (d) The victim had several conversations with several people about ending his relationship with Kristen Forbush, as he knew that she was having a sexual relationship with Troy Jefferson.

## Opportunity

Kristen Forbush: had not been at home since August 12th 2011 nor had any communication with the victim until the night of homicide. Through out the weekend she made attempts to call the victim and he rejected all calls from her. There was a post on facebook made by Kristen Forbush 30 min before the homicide took place that stated "leaving work haven't talked to nor seen him all day"

Victor Vicker suspect number one had opportunity to confront the victim if he wanted to Saturday august 13th at the beach party. As well as Garron Briggs suspect number two, but they actually partied together 48 hours before the homicide.

The same car that was seen leaving the scene of the homicide was seen at the resident shared by the victim and Kristen Forbush early in the day, while the victim was at work a vehicle that is believed to be owned by Troy Jefferson.

## POI List:

Kristin Forbush

Troy Jefferson

Miles Jefferson

## Other Facts

It's a known fact that Kristen Forbush and Troy Jefferson started a intimate relationship prior to the death of the victim and have maintained this relationship of and on since but keep close contact with one another since the death of the victim. Troy Jefferson had no real means of employment until the opening of his barber shop which is believed to be funded by the robbery and the continued sales of illegal drugs which is being laundered through the barber shop.

Royann Terry mother of Troy Jefferson stated on Augu 17th 2011 to the mother of the victim Angela Addison "that she over heard her son Troy Jefferson and Miles discussing the specifics of the homicide at about 1;45 am on the morning of the 17th 40 min after the homicide.

Troy Jefferson was driving a white impala like the one seen leaving the scene that night by two witnesses, which may I add has not been seen since the night of the homicide.

Troy Jefferson had a key to the resident shared by the victim and Kristen Forbush.

Troy Jefferson wore long sleeves the whole summer, a summer that averaged 100 degree days.

Troy Jefferson has no DNA on file with the national registry so therefore

This is the time that is believed that [  ] victims weapons were removed from the resident. It was a known fact that [ ] victim had possession of of at least 4 firearms, 3 hand guns and a semi automatic assault riffle and we know that it was only one weapon found on the scene. And we know for a fact that Troy Jefferson was in possession of a 40 cal that belonged to the victims uncle, this info was relayed to the victims uncle in a conversation with Kristen Forbush and a associate of Troy Jefferson which took place the morning of the homicide August 17th 2011.

he DNA that was collected on the scene would come back with no hits, and the DNA collected from the suspects was negative.

## Summary

The fact that a timeline was never established is huge, it has never been established whether Kristen Forbush was even working the night of the homicide, the inconsitancy in Kristen Forbush's account of the events that night. We know that it takes about 30 minutes to drive from her place of employment to home with no stops in between and she stills states to the family that she stopped at walmart to grab a few items, its no way possible in that amount of time that all of this could have happened in that short period of time.

If Kristen Forbush was face down on the ground like she indicated how would she incur the gun shot wound that she actually incurred, the suspect would have had to be laying next to her on the floor for her to receive the wound that she incurred.

Kristen Forbush stated that she crawled into the room that the victim was in to check on him, there was no blood trail from the living room to the bedroom to support this claim.

The description of Victor Vickers fits the profile of one Troy Jefferson, and the description of Garron Briggs fits the description of Miles Jefferson or brother of Troy Jefferson, and the fact that the neighbor only witnessed two people leaving the house rather than three that forbush stated in her statement.

The 911 Call that was placed by Forbush, she stated at first that she didn't know who the people were that shot her and when asked a second time she replied "I don't Fuckin Know" but when questioned by KCPD she suddenly had a revelation of who it was. Forbush has shown no sense of remorse for the loss of her boyfriend since the date of this event and had since had conversation with one of the defendants.

## Evaluation

The fact that KCPD did not get this info is huge and the family cannot get any closure until all avenues are checked and closed, the family of the victim believes that the events listed are huge leads that could lead to the proper arrest of the suspects in this case, it's the believe of this family that once the current two suspects turned themselves in the KCPD closed this case with so many leads lingering and not investigated. This family will not stand by and watch this case go cold and unsolved.

KCPD Homicide Report

3