

January 11, 2015

The Honorable Gary A. Fenner
Judge of the U.S. Western District
400 East 9th Street, Room 8452
Kansas City, MO 64106

Subject: Mr. Victor Vickers

Dear Honorable Judge Fenner:

    I'm writing this letter in support of a young man I have known all his life, that person is Victor Vickers, my wife's great nephew. I will apologize now on the structure of this letter, because this is the first letter I have ever written on behalf of an incarcerated individual.

    I will admit I don't know all the circumstances in the case the district has against Victor, I can tell you that when it began, I believed enough in Victor to help put up his bail bond. Victor has been in and out of our lives over the years since he grew up, I know that he had a couple of run ins with the law, as so many of our young people seem to experience. Victor came to me several years ago to help him get started in a career, he was looking for a mentor, who could advise, and to help him develop and grow a business.

    I started a business sixteen years ago, and Victor knew the success that we had achieved. I was glad that Victor came to me, we set and talked for hours, during that first meeting, I wanted to know if he was sincere before I committed my time to help. I liked what I heard and Victor had a lot of qualities that a young entrepreneur needs to survive. That day I committed to help Victor pursue his dream. We met a couple of more times after that, and then I got the phone call from his mother Victor was in trouble. So now we fast forward to the present and it is my understanding that Victor could have a chance to dream again.

    As I stated earlier I apologize for the structure of this letter. Judge Fenner I hope that when my nephew stands before you, the court can find a way to give this young man another shot at life; another shot at his dreams, only God knows the true content of a man's heart. I pray that Victor's heart is true and committed to changing his life, and following his dream.

Sincerely,

William H. Alexander
President
Alexander Mechanical Contractors Inc.

P.O Box 34075
Kansas City, MO 64120
Phone: (816) 833-0700
Fax. (816) 833-0760

EXHIBIT A