Victor D. Vickers Jr.  
100 Highway Terrace  
Leavenworth, KS 66048

January 1, 2015

Dear Honorable Judge Fenner,

    Greetings to you sir. It is my hope that all is well with you and that this letter reaches you in good health and in good spirits. I also hope that your holiday season was an enjoyable experience.

    I am writing you this letter in preparation for our upcoming hearing in which I will appear before you in Court. I would first like to apologize to the Court and to the community for the unnecessary waste of judicial resources that have been expended on behalf of my past mistakes, and my poor judgment in the people that I chose to associate with. I would like to give you confidence in the fact that the man who will stand before you in person, is not the same man you have read about through any piece of paper or report. I have used every single day of this incarceration to become a better man mentally, spiritually, and physically. Mentally, I have read countless books on various subjects with my two personal favorites being "Purpose Driven Life" by Rick Warren, and "Goals" by Brian Tracy. Over the course of 3 and ½ years I have only read one novel, and the rest of the books have been various educational topics or self empowering/self-help books. My relationships with my mother, my father, and my family are now stronger than ever before. I now realize that my decisions have an impact on more than just my life. I realize my decisions also impact my loved ones, and I never want them to experience this type of stress on my behalf ever again. I am so focused on ensuring my future success that I have already started a new business venture right from my cell. This business venture was inspired by a passion to help bring inmates closer to their families by creating an easier method of communication. With the help of my mother, we have already began conducting business. I have been able to experience the satisfaction of watching inmates receive packages from their families that have come through my company. It is such an empowering feeling to see the joy we will be bringing into peoples lives. Spiritually, I have had several opportunities to read my bible from beginning to end, which is something I had not accomplished before being incarcerated. My spiritual relationship is now stronger than ever before. And physically, I am in the best physical shape that I have ever been in compared to any previous point in my life. That accomplishment has come with the help of several health and fitness books, and my dedication to exercising at least 5 days a week. Your Honor, I have truly taken this time to become a better man. I am ready to start a family and live the life of a successful, productive, law-abiding citizen.

    I would also like to explain that my decision to proceed to trial did not stem from a lack of remorse or denial of the fact that I needed to make some changes in my life. I have already began making all of the changes that incareation was designed to insipre. My decision was aroused by a desire to be treated fairly,

EXHIBIT F

which may have been evidenced by the brief discussion between you and I on the first day of trial concerning the plea offer. Although I admit to making many mistakes in my past, another factor in my decision was that I was already making changes in my life before any of my current legal battles began. I was beginning to distance myself from the same people that contributed to me sitting here today. I had just opened a recording studio, and purchased quality video production equipment to add depth to the legitimate services I could provide for other people in the local entertainment industry. Just 5 days before I was incarcerated, I held a pool party at Coco Key Water Resort that attracted about 1,000 people from the Kansas City community. I even donated a small portion of the proceeds to the Derrick Thomas Third and Long Foundation. I was also in the process of starting a janitorial service that I named "Sparkle Master", which is on file with the state of Missouri. I was definitely getting on the straight path before these legal issues began. I believe that God puts us through everything for a reason, so I do not believe that this time of incarceration has been in vain. This time has strengthened my character and my values, and I believe it will ensure that I never place myself in this type of environment again.

Lastly, I would like to ask that you do not let the pending Jackson County case affect any of your decisions regarding this Federal case. I would just like a fair chance at presenting the truth of the matter to a jury if it has to go that far. My attorney and I were completely prepared to proceed to trial in that case in September 2013, but the prosecutor for the State dismissed the case because the Honorable Judge Sandra Midkiff would not grant any further continuances. Judge Midkiff specifically told the prosecutor that if she did not want to try the case she would have to dismiss it because it was already too old, as it had already been pending for more than 2 full years at that time. That case has been a total nightmare for me and my family, and it is unsupported by anything besides rumors. I have fervently prayed that it will not affect your decisions in Federal Court.

Your Honor, it is my hope that I have given you confidence that I have self-rehabilitated and that I am prepared to return to society as a law abiding citizen. I know my mother desperately needs my help to ensure the success of my new company, so I ask for your mercy and fairness so that I may return home to start a new life. I truly thank you for your time and attention to this letter, and I look forward to seeing you in Court.


Respectfully,

*[signature]*

Victor D. Vickers Jr.